

George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

February 22, 2011

Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY
1220 U.S. Courthouse, Bankruptcy Division
100 State Street
Rochester, NY 14614

Re: Bruce V Impey; BK #05-20138

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $1.99. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Bruce V Impey | $1.99 | Debtor Refund |

/s/_____
George M. Reiber, Trustee

FILED FEB 24 2011 BANKRUPTCY COURT ROCHESTER, NY